IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| H.W., | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 20-CV-02507-JWB-GEB |
| | ) |
| **MCLOUTH UNIFIED SCHOOL** | ) |
| **DISTRICT 342, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, through counsel of record, gives notice that Defendant Anthony Kuckelman is hereby voluntarily dismissed with prejudice from this matter. Each party is to bear their own costs and fees.

Respectfully submitted,

**DRZ LAW, LLC**

/s/ Daniel R. Zmijewski
Daniel R. Zmijewski    #21275
Chris Dove    #21251
DRZ Law, LLC
8700 State Line Rd., Suite 305
Leawood, KS 66206
P: 913-400-2033
F: 833-340-0437
dan@drzlawfirm.com
chris@drzlawfirm.com

**Attorneys for Plaintiff**

1

## **CERTIFICATE OF SERVICE**

  I certify that on January 19, 2022, the foregoing was electronically filed using the Court's electronic filing system, which will send notice of electronic filing to all registered attorneys of record.

   /s/ Daniel R. Zmijewski

2